IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| v. | * | Criminal Case No. SAG-20-162 |
| | | (Embezzlement from a Labor |
| SANDRA KING, | * | Organization, 29 U.S.C. § 501(c)) |
| Defendant. | * | |

## INFORMATION

The United States Attorney for the District of Maryland charges that:

### COUNT ONE
**(Embezzlement from a Labor Organization, 29 U.S.C. § 501(c))**

At all times relevant to this Information:

1.  Defendant SANDRA KING ("KING") resided in the District of Maryland.

2.  The Federation of Police and Security ("FOPS"), formerly known as the National Union of Protective Services Association ("NUPSA"), was a labor organization within the meaning of 29 U.S.C. § 402(i) that represented private security guards based in Washington, D.C. and Bethesda, Maryland.

3.  KING became the president of FOPS in September 2014. As president, KING was a fiduciary and had decision-making authority with respect to FOPS, and KING occupied a position of trust in relation to FOPS and its members as a group, as defined in 29 U.S.C. § 501(a).

4.  KING became president of FOPS after its prior president, J.C. Stamps ("STAMPS") pleaded guilty to defrauding the NUPSA employee benefit plan. *See United States v. Stamps*, Case No. 1:14-cr-00123-RDM (D.D.C.). On October 3, 2014, investigators from the United States Department of Labor, Office of Labor-Management Standards ("OLMS") met with KING and informed her of her fiduciary obligations as the president of FOPS. OLMS further

1

instructed KING that union funds were to be used only for the benefit of the union members and that personal use of the union funds was a violation of federal law.

5. FOPS members paid monthly dues that were intended to fund legitimate union purposes, including bargaining with employers, litigating grievances, and providing any administrative support that FOPS required. KING was the signatory on all FOPS bank accounts.

6. On or about October 2014 through September 2019, in the District of Maryland, KING, while an officer of FOPS, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to her own use the moneys, funds, and property of said labor organization, in violation of Title 29, United States Code, Section 501(c). KING used union funds for her personal benefit by writing checks to cash, making cash withdrawals at automated teller machines, and making personal purchases using the union debit card. KING used union funds to pay rent on her apartment and purchase items at Target, Wal-Mart, Amazon, Apple iTunes, and at grocery stores. KING also used these funds to pay for her personal life insurance and automobile insurance. KING's personal expenditures often caused overdrafts on FOPS's bank account, which caused FOPS to incur overdraft fees and penalties.

Dated: June 24, 2020

*Robert K. Hur/mpp*
Robert K. Hur
United States Attorney
District of Maryland