AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br>Sandra King<br><br>_Defendant_ | ) ) Case No. SAG - 20-162<br>) )<br>) ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 6-29-2020

_Defendant's signature_

_Signature of defendant's attorney_

Katherine Tang Newberger
_Printed name of defendant's attorney_

_Judge's signature_

July 6, 2020
_Judge's printed name and title_